No. 92–7683. DIAZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–7698. PICHE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7705. BRACEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–7729. VITANZA v. ABRAMS, ATTORNEY GENERAL OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 92–7763. RIDGE v. ROBINSON, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7768. STOUDEMIRE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7788. CORREON-HERNANDEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7789. BLAIR v. ARMONTROUT, ASSISTANT DIRECTOR/ ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7809. FRANKLIN v. CLARK COUNTY MANAGER'S OFFICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7834. ARTIS v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 92–7848. ALEXANDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7851. LUCAS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–7859. LUNSFORD v. TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7868. BRUMMETT v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.